IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| v. | ) | |
| | ) | Case No.  3:06-mj-31 |
| Eric Wayne White. | ) | |
| | ) | |
| Defendant. | ) | |

This Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that the Court find that the Defendant violated the terms of his supervised release (doc. #16).  Specifically, it was alleged that Defendant absconded from his placement at Centre, Inc. in Fargo, North Dakota, violating the terms of his supervised release.  The Defendant's initial appearance was held on July 12, 2006 before Judge Rodney Webb.  Defendant filed written waivers of his right to preliminary and detention hearings.  A violation hearing followed on July 24, 2006, in which Defendant, represented by counsel, admitted to the allegation.  The Defendant's violation constitutes a Grade C violation.  See USSG §7B1.1(a).  Defendant previously had a criminal history category of IV.  The government recommended the following modifications to Defendant's Conditions of Supervised Release:

[1] Defendant be placed at Stutsman County Law Enforcement Center, in a residential reentry placement, for a period of six (6) months.  During the first two (2) weeks of this placement, Defendant should be placed on restrictions to permit monitoring of his adjustment to the placement.

[2] Following Placement at Stutsman County Law Enforcement Center, Defendant be placed at Centre, Inc. for a period of up to three (3) months.

[3] Defendant be required to undergo mental health evaluation and treatment and comply

with treatment recommendations, including medication requirements.

The supervising probation officer agreed with the government's recommendation. Magistrate Judge Klein recommends the same. Defendant has waived any objection to the Magistrate Judge's Report and Recommendation. Upon review of the record, this Court adopts the Report and Recommendation in its entirety and **ORDERS** the above three modifications be made to the Defendant's Conditions of Supervised Release.

**IT IS SO ORDERED**.

Dated this <u>1st</u> day of August, 2006.

 /s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court
